IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 121-013 |
| | ) | |
| CORTEZ TIMMIE DINH | ) | |

**O R D E R**

Before the Court is the government's pretrial discovery motion. (Doc. no. 113.) The deadline for filing the Joint Status Report required by the Court's February 24, 2023 Order expired on March 30, 2023, and the Court has still not received a response. (Doc. no. 110.) Accordingly, the Court **DIRECTS** the parties to submit the Joint Status Report by the close of business on April 7, 2023.

SO ORDERED this 31st day of March, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA